**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Gateway Medical Research, Inc., | Civil No. 10-3930 (RHK/FLN) |
| Plaintiff, | |
| vs. | **DISQUALIFICATION AND** <u>**ORDER FOR REASSIGNMENT**</u> |
| Tris Pharma, Inc., | |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| Medtox Laboratories, Inc., | |
| Third-Party Defendant. | |

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 27, 2010

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge